**No. 45706.**—Protest 23521–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. It appeared that certain items are similar to those involved in Abstracts 29889 and 33193. The claim at 60 percent under paragraph 1503 was therefore sustained.